# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700002

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## MARK A. ZIEGENFUSE
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commanding Officer, 3rd Light Armored Reconnaisance Battalion, 1st Marine Division, Twentynine Palms, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Matthew J. Stewart, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 21 March 2017

———————————————

Before CAMPBELL, HUTCHISON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court